# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DENNIS RICHARD WATTERS,

           Petitioner,

    v.

RON HAYNES,

           Respondent.

Case No. C17-0036-TSZ-MAT

ORDER GRANTING RESPONDENT'S MOTION TO STAY AND ABEY THE HABEAS CORPUS PETITION

This is a habeas corpus action filed pursuant to 28 U.S.C. § 2254. Currently before the Court is respondent's motion to stay and abey the habeas petition pending resolution of petitioner's state court proceedings, *In re Watters*, Washington Court of Appeals Cause No. 75399-1-I. Petitioner did not oppose the motion. Based on the foregoing, the Court ORDERS:

(1) Respondent's motion to stay and abey these proceedings (Dkt. 11) is GRANTED.

(2) This action is STAYED pending completion of petitioner's state court proceedings. Within thirty days after issuance of the mandate or certificate of finality in the state court proceedings, the parties shall advise the Court whether the federal habeas action is ready to proceed. Once the parties have advised the Court that the stay may be lifted, the Court will set a new briefing schedule.

ORDER - 1

(3) The Clerk is directed to send copies of this Order to the parties and to the Honorable Thomas S. Zilly.

DATED this 18th day of April, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER - 2