UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENNIS RICHARD WATTERS,

           Petitioner,

   v.

RON HAYNES,

           Respondent.

Case No. C17-00036-TSZ-SKV

ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT

This is a 28 U.S.C. § 2254 habeas corpus action. By order dated April 18, 2017, the Hon. Mary Alice Theiler granted Respondent's motion to stay and abey these proceedings pending completion of Petitioner's state court proceedings in *In re Watters*, Washington Court of Appeals Cause No. 75399-1-I. Dkt. 12. Judge Theiler ordered that:

> within thirty days after issuance of the mandate or certificate of finality in the state court proceedings, the parties shall advise the Court whether the federal habeas action is ready to proceed. Once the parties have advised the Court that the stay may be lifted, the Court will set a new briefing schedule.

*Id.* The Court notes that a significant amount of time has passed since the Court's order staying proceedings and the Court has received no information from the parties regarding the status of Petitioner's state court proceedings.

ORDER DIRECTING PARTIES TO FILE JOINT
STATUS REPORT - 1

Accordingly, on or before **December 15, 2021**, the parties are directed to file a joint status report informing the Court regarding the current status of Petitioner's state court proceedings. The Clerk is directed to send copies of this order to the parties and to the Honorable Thomas S. Zilly.

Dated this 1st day of December, 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge