UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS RICHARD WATTERS,<br><br>                Petitioner,<br><br>   v.<br><br>RON HAYNES ,<br><br>                Respondent. | Case No. C17-00036-LK-SKV<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION AND SETTING STATUS CONFERENCE |

This is a federal habeas action proceeding under 28 U.S.C. § 2254.  On January 19, 2022, Respondent filed a motion for an extension of time to file his answer to Petitioner's federal habeas petition.  Dkt. 21.  In his motion Respondent indicates he has not yet received the complete state court record and, as such, needs additional time to obtain that record and prepare an answer.  *Id.*

Finding good cause for the extension, Respondent's motion for extension of time, Dkt. 21, is GRANTED.  Respondent is directed to file his answer by **March 2, 2022** and to note the matter for consideration on **March 25, 2022**.  Petitioner may file a response to the answer by **March 21, 2022**.  Respondent may file a reply by **March 25, 2022**.

ORDER GRANTING RESPONDENT'S MOTION
FOR EXTENSION AND SETTING STATUS
CONFERENCE - 1

The Court also notes that on January 21, 2022, it received a letter from Petitioner which is difficult to decipher but appears to relate in some fashion to the Court's prior order lifting the stay in this matter and setting a briefing schedule. *See* Dkts. 19, 22. Given the lack of clarity in Petitioner's most recent submission, and the Court's desire to ensure that Petitioner understands how this action will proceed now that it has directed Respondent to file an answer, the Court deems it appropriate to schedule a telephonic status conference between the parties. The Court proposes the following date and time for such a conference: **March 9, 2022 at 10 am.**

Respondent's counsel is directed to contact the appropriate Washington Department of Corrections authorities at the facility where Petitioner is currently confined to make arrangements for Plaintiff's participation in the status conference. Petitioner is advised that he must cooperate fully with counsel's efforts to schedule the conference with prison authorities. If the parties are unable to make the necessary arrangements with prison authorities to schedule the status conference as proposed above, they should immediately contact the Clerk to request an alternate date and time.

The Clerk is directed to send copies of this order to the parties and to the Honorable Lauren J. King.

Dated this 4th day of February, 2022.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S MOTION
FOR EXTENSION AND SETTING STATUS
CONFERENCE - 2