UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS RICHARD WATTERS,<br><br>Petitioner,<br><br>v.<br><br>RON HAYNES,<br><br>Respondent. | CASE NO. 17-CV-00036-LK<br><br>MINUTE ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS |

The clerk issues the following minute order by the authority of the Honorable Lauren King, United States District Judge:

(1) The Court GRANTS Petitioner's Motion for Extension of Time to File Objections. Dkt. No. 28. Petitioner shall file objections no later than August 29, 2022.

(2) The Clerk is directed to forward a copy of this Order to Petitioner at his last known address.

Dated this 27th day of July, 2022.

MINUTE ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS - 1

```
 1                                    Ravi Subramanian
                                      Clerk
 2
                                      /s/Natalie Wood
 3                                    Deputy Clerk
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```